```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 02646
   PATRICIA ANN PERSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5475


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 01/23/2004 and was confirmed 03/08/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 10/15/2007.
----------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
----------------------------------------------------------------------
   GENERAL MOTORS ACCEPTANC  SECURED            9111.50        1493.38       9111.50
   HOMECOMINGS FINANCIAL     CURRENT MORTG      8460.00            .00       8460.00
   PRINCIPAL RESIDENTIAL MO  CURRENT MORTG     48375.00            .00      48375.00
   PRINCIPAL RESIDENTIAL MO  MORTGAGE ARRE      9036.80            .00       9036.80
   CAPITAL ONE BANK          UNSECURED          1377.13            .00       1377.13
   CREDIT CARD SERVICES      UNSECURED        NOT FILED            .00            .00
   RETAILERS NATIONAL BANK   UNSECURED           451.07            .00        451.07
   ROUNDUP FUNDING LLC       UNSECURED           401.13            .00        401.13
   CARD SERVICE CENTER       UNSECURED           872.68            .00        872.68
   HOMECOMINGS FINANCIAL     SECURED NOT I      2054.92            .00            .00
   ROUNDUP FUNDING LLC       UNSECURED           490.97            .00        490.97
   ARONSON FURNITURE         SECURED NOT I          .00            .00            .00
   ARONSON FURNITURE         FILED LATE          498.60            .00            .00
   PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                     2,700.00
   TOM VAUGHN                TRUSTEE                                        4,697.98
   DEBTOR REFUND             REFUND                                         1,909.63

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
   TRUSTEE              89,377.27

   PRIORITY                                         .00
   SECURED                                     74,983.30
      INTEREST                                  1,493.38
   UNSECURED                                    3,592.98
   ADMINISTRATIVE                               2,700.00
   TRUSTEE COMPENSATION                         4,697.98
   DEBTOR REFUND                                1,909.63
                        ---------------    ---------------
   TOTALS                89,377.27             89,377.27

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 02646 PATRICIA ANN PERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE